**2010–0196. Hall v. State.**
Hamilton App. No. C–090021. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.